IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

   Marilyn Ruth Pickaree, 06-5263CRB

_____/

    The Court is in receipt of a submission from plaintiff Pickaree requesting that she (1) be granted an extension to comply with PTO 31, (2) be appointed an expert, and (3) have her case set for trial.

    Plaintiff's motion for an extension of time is GRANTED.  Plaintiff shall comply with PTO 31 on or before **August 20, 2009**.

    Plaintiff's motion for appointment of an expert is DENIED.  Plaintiff does not supply the Court with any authority for appointing her an expert in this civil lawsuit.

    Plaintiff's motion to set her case for trial is DENIED.  The Court has in place a process

//
//
//

1  for the selection of cases for trial and plaintiff's case has not yet been selected.

2  **IT IS SO ORDERED.**

3  Dated: May 29, 2009

   CHARLES R. BREYER
4  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrepickajee3.wpd