1  MARILYN R. PICKAREE
   8400 Nairn, #2119
2  Houston, TX, 77074
   (713) 774-0288
3
   *Plaintiff Pro Se*
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| This Document Relates To:<br><br>*Marilyn R. Pickaree et al. v. Pfizer Inc. et al.*, Case No. 06-CV-05263 CRB | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Marilyn R. Pickaree and Defendants, by and through the undersigned attorney, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

Dated: September 11, 2009       By: _____
                                Marilyn R. Pickaree
                                8400 Nairn, #2119
                                Houston, TX, 77074
                                (713) 774-0288
                                *Plaintiff Pro Se*

1  Dated: September 12th__, 2009        By: _____

2                                            DLA PIPER LLP (US)
                                              1251 Avenue of the Americas
3                                            New York, NY 10020
                                              Telephone: (212) 335-4500
4                                            Facsimile: (212) 335-4501

5                                            *Counsel for Pfizer Inc, Pharmacia Corporation, and
                                              G.D. Searle LLC (f/k/a G.D. Searle & Co.)*
6

7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8       October 16, 2009

9  Dated: ~~September __, 2009~~        _____
                                              HONORABLE CHARLES R. BREYER
10                                            UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*